UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00323-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH JEROME MCMILLLIAN, JR. | ) | |
| a/k/a "K-Black" | ) | |

This matter comes now before this court on the unopposed motion of the United States, by and through the United States Attorney, to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the Federal Bureau of Investigation to dispose of the following firearms;

    a. a Sig Sauer rifle, SN: 53E005985;

    b. a Sig Sauer pistol, model P226, SN: UU736662; and

    c. any associated ammunition

by destruction, incapacitation, or other means in accordance with its regulations.

This the 6 day of March, 2018.

_____
TERRENCE W. BOYLE
United States District Judge